NOVAGOLD Resources v. Anonymous Third Party